```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 15-CR-10147-MLW |
| 1. DAVID COKE, | ) |
|    A/K/A "SLIME," | ) |
| 2. MICHAEL COKE, | ) |
|    A/K/A "DIRTY MIKE," | ) |
| 3. FRANCISCO ARIAS, | ) |
|    A/K/A "EMILIO PEREZ," | ) |
| 4. LARRY BAILEY, | ) |
| 5. ANTHONY CALDWELL, | ) |
|    A/K/A "AC," | ) |
| 6. MEMOGNE LAMOTHE, | ) |
|    A/K/A "MAEMO," AND | ) |
|    A/K/A "MIZZ," | ) |
| 7. MICHAEL MCNEILL, | ) |
|    A/K/A "MURDER MIKE," AND | ) |
|    A/K/A "M-3," | ) |
| | ) |
|    Defendants. | ) |

## GOVERNMENT'S SUBMISSION OF DETENTION AFFIDAVIT

The United States hereby files the attached affidavit of FBI Special Agent Matthew Knight in connection with its motion that the defendants in this case be detained pending trial.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                              By:   /s/ EMILY CUMMINGS
                                    EMILY CUMMINGS
                                    MICHAEL CROWLEY
                                    Assistant U.S. Attorneys

June 18, 2015