# EXHIBIT 3



38 likes
_koolkay5 POINT NIGGA Roll Call 🔫 Together We Stand Divided WE FALL 💥💥💥🔫 #AlOallinone#CPD#8bus#GioGang#MezzieEnt#WaterBoyz#ALLWEDOISRIDE💣💣💣💣💣 set the city on FIRE🌹🌹🌹